## WINONA MILL CO. v. STATE.

(Opinion filed Nov. 18, 1898.)

Original action by the Winona Mill Company against the State of South Dakota to recover for coal.   Judgment  for plaintiff.

*Horner & Stewart* and *A. W. Burtt,* for plaintiff.

*Melvin Grigsby* (Attorney Genera'), for defendant.

HANEY, J.   This action was submitted upon the pleadings and an agreed  statement  of  facts,  and argued  in connection with the case of Van Dusen v. State (decided  at  this term) 11

S. D. 318, 77 N.W. 201. The questions of law involved are the same. Plaintiff is entitled to judgment for $340.75, with interest thereon at the rate of 7 per cent. per annum from August 15, 1893, together with the usual costs and disbursements.